# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** LEE ANN BARNHART
**Case Number:** 4:09-BK-03659-JMM  **Chapter:** 7
**Date / Time / Room:** MONDAY, DECEMBER 07, 2009 11:15 AM COURTROOM 329
**Bankruptcy Judge:** JAMES M. MARLAR
**Courtroom Clerk:** CINDY TURNBULL
**Reporter / ECR:** BEVERLY GRANILLO

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF NEW YORK MELLON
**R / M #:** 24 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR THE BANK OF NEW YORK MELLON, APPEARING BY PHONE
MS. BARNHART IS PRESENT

## Proceedings:

MR. MCDONALD STATES THE DEBTOR SHOULD HAVE A CHECK WITH HER TODAY.

MS. BARNHART STATES SHE DOES HAVE A CHECK FOR $3,284.26.

COURT: THAT AMOUNT WOULD REINSTATE THE MORTGAGE. WILL THE CHECK CLEAR THE BANK?

MS. BARNHART ASSURES THE COURT THAT IT WILL.

MR. MCDONALD STATES THE DEBTOR CAN MAIL THE CHECK TO HIM, AND HE WILL FORWARD IT ON TO THIS CLIENT.

COURT: THIS MATTER HAS BEEN RESOLVED. KEEP THE PAYMENTS CURRENT FROM HERE FORWARD.

MS. BARNHART STATES SHE WILL SEND THE CHECK BY CERTIFIED MAIL TO MR. MCDONALD TODAY.